IN THE HOUSTON 1st COURT OF APPEALS
01-15-00295-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
MAY 27 2015
CHRISTOPHER A. PRINE
CLERK

IN RE THOMAS WAYNE FLORENCE, Relator

Relator's Motion for Rehearing and Objection to the court's Response to his Writ of Mandamus to the Appeal Court

COMES NOW Relator, Thomas Florence, to certify said motion, T.R.A.P. 10.2, under the penalty of perjury that all event's and Factual statement's are supported by the record of the history of this case in orig TR. CT. and 01-11-00822CR AP. CT. records and case law and exhibit's filed in id. case's to include, 01-15-00295CR writ of mandamus.

Relator's Reply to court's Response and Objection to Denial of said writ and motion for rehearing or rehearing en banc due to history of this case

Relator, Thomas Florence, void TDCJ#1729344 moves the court Justice E. Keyes, Bland, and Massengle, to take mandated T.R.E. Judicial Notice of it's opinion May 12, 2015 in 01-15-00295CR writ.

The, State court Justices id. 5-12-2015 statements in id. writ no. 01-15-00295CR is testimonial. See, Paul v. State, SW 3d

NO.12-10-0028 CR (TEX. APP. TYLER 2012).

JUSTICE E. KEYE's DELIVERED THE VOID 7-30-2013 01-11-00822 CR OPINION AFFIRMING NO.CR12171 VOID CONVICTION. JUSTICE J. BLAND WAS ALSO ON Id. 7-30-2013, PANEL.

THESE JUSTICE's TESTIMONIAL STATEMENT's IN WR.NO.01-15-00295CR STATE's WITHOUT 2ND GUESSING THAT THEY (COURT) LACKS JURISDICTION TO GRANT THE REQUESTED RELIEF IN Id. WR.01-15-00295CR, WHICH IS SUPPORTED BY RECORDS, EXHIBITS, AUTHORITY AND ARGUMENT(S) TO OBTAIN RELIEF, SEE, KINDLEY v. STATE, 879 SW2d 241, 264 (TEX. APP. HOUSTON 14 DIST. 1989).

SEE, 01-11-00822 CR APPEAL ON ISSUE 3 IN WHICH JUSTICE E. KEYE's, AUTHOR OF 7-30-2013 VOID OPINION MISAPPLIED THE LAW TO THE FACTS OF (ISSUE 3) THE CASE, BY STATING THAT I WAS WRONG THE ONE IN ERROR, BY ARGUING THAT A COMPLAINT (CHARGING INSTRUMENT) IN TEXAS (J.P. COURTS) 45.018, 45.019) DOES NOT HAVE TO STATE (CITE) ART. 1.23. SEE, 45.019(a)(4)(1), REFUTES THIS ARGUMENT.

RELATOR ALSO MOVE's THE PANEL AND THE COURT TO TAKE I.R.E. 201, JUDICIAL NOT-

2

...ICE OF JUSTICE E. KEYES TESTIMONIAL STATE(S) AND TESTIMONIAL OPINION OF E. KEYES AND THIS COURT, IN KIASSEM V. STATE, 263 SW3d 377 (TEX. APP. HOUSTON 1st DIST. 2008) IN WHICH E. KEYE'S AND THIS COURT'S OWN TESTIMONY AND OPINION'S TESTIMONY Id. CITES AND SHOWS AN ART. 45.019 (a) (4) (1), COMPLAINT FILED IN A MUNICIPAL OR JUSTICE OF THE PE-ACE COURT AND STATE'S THAT Id. (a)(4)(1) COMPLAINT (CHARGING INSTRUMENT) WAS VIALID.

REIGHTS THIS COURT'S 01-11-00822CR 7-30-13 APPEAL DENIAL.

RELATOR ARGUES AND STATE (SEE, 7-30-13 OPINION ON ISSUE NO. 3) THAT HAD HE ARGUED ABOUT GPD#2010-13986 SEARCH WARRANT NOT COMPLYING WITH ART. 1.23 45.019 (a) (4) (1) REQUISITES HE WOULD OF BEEN ENTITLED TO RELIEF.

THE JUSTICE'S ARE AWARE Id. SEARCH WARRANT WAS FILED IN 405TH DIST. CT. WAYNE MALLIA.

SEE, Id. 01-11-00822CR ISSUE 3, OPI-NION THE JUSTICE'S E. KEYES DOES NOT ADDRESS MY APPEALLIATE ISSUE NO3 GPD# 2010-13986, CHARGING, AND ART-

3

EST DOCUMENT AND USED 7-14-2010 TO OBTAIN THE 7-14-2010 INDICTMENT WAS NOT ADDRESSED BY E. KEYES EN.1 OR 7-30-2013 PANEL. ONLY THE STATE REPLIED TO ISSUE 3. STATE'S BRIEF AT 18-19. SEE, ERVIN V. STATE, 331 SW 3d 49 (TEX. CRIM. APP. 2010), HELD A TEXAS COURT OF APPEALS IS DUTY BOUND UNDER THE TEXAS CONSTITUTION TO EXERCISE THE FULL EXTENT OF IT'S APPELLATE POWERS ON ~~XXXXX XXXXX~~ (01-11-00822CR ISSUE Nº. 3) ~~XXXXXX~~ THE QUESTIONS OF FACT BROUGHT BEFORE IT ON APPEAL.

THE COURT DID NOT CONDUCT THIS MANDATED ORDER IN-01-11-00822CR APPEAL RELATED TO THE REQUISITES OF GJ#2010-13986 CHARGING AND ARREST AND INDICTING INSTRUMENT R.R. VOL. 5 of 9 P. 176.

THE COURT ERRONEOUSLY ADDRESSED A NONE PRESENTED QUESTION NOT BROUGHT TO IT VIA APPEAL GJ# 2010-13986 SEARCH AFFIDAVIT.

THE RELATOR BROUGHT THIS MATERIAL ERROR TO JUSTICE E. KEYES ATTENTION AND COURT IN HIS REPLY BRIEF. IN

FN.1. SEE, KASSEM, 263 SW3d 377, SUPRA

4

(2) HIS MOTION FOR REHEARING; (3) AND IN HIS MOTION FOR ENBANC REVIEW, ALL DENIED BY E. KEYE'S LMO WHO VIO- ATED THE T.R.A.P. ___ RECUSAL PRO- CESS IN 01-11-00822CR APPEAL.

E. KEYE'S WAS WELL AWARE, AS AUTHOR OF VOID 7-30-13 ~~OPINION~~ OPINION THAT I WAS ENTITLED TO RELIEF. IF SHE AND COURT PROPERLY ADDRESS THE ISSUE 3 BROUGHT BEFORE IT AS A QU- ESTION OF FACTS. ERVIN, SUPRA.

SEE, KASSEM, SUPRA (ART. 45.019 (a), (4)(A) COMPLAINT. SEE, STATE v. ZORKHOLIA, 404 SW3d 734, 737 N2 (TEX. APP. STAN AN- TONIO 2013) CITING 45.018, 45.019.

JUST AS THE 01-15-00295 CR COURT, E. KEYES HELD THAT IT LACK JURISDICTION TO GR- ANT RELIEF, PAHL, SUPRA.

JUSTICE, E. KEYES AND THIS SAME COURT LACKED JURISDICTION IN 01-11-00822CR APPEAL TO AFFIRM 10CR1217 VOID CON -VICTION ON 7-30-13 AND ISSUED IT'S VOID MANDATE MARCH 2014 OVER MY OBJECTIONS. THIS COURT ONLY HAD JURISDICTION TO SET ASIDE 10CR1217 VOID CONVICTION AND DISMISS CASE. SEE, DALLAS CO. APPRA- STAT v. FUNDS RECOVERY, 887 SW2d

465; 468 (TEX. APP. DALLAS 1994), THIS COURT WAS BOUND BY SUPREME COURT PRECEDENT. ALSO Id. 468.

SEE, FREEDOM COMM'N, INC. v. CORONADO, SW3d. (TEX. S. CT. 2012), JUDICIAL NOTICE WAS NECESSARY TO DETERMINE WHETHER (CONNIE COX) JUDGES ORDER (45,018, 45,019) IN THE CASE WAS VOID WHICH WOULD PRECLUDE (01-11-00822CR) APPELLATE JURISDICTION.

THIS COURT AND E. KEYES IS AWARE THAT A PROCEDURAL OR DEFAULT CAN NOT BE APPLIED, NIX v. ST. 65 SW3d. 466, 468 (TEX. CRIM. APP. 2001).

RELATOR'S DENIAL'S OF ART. 11.07'S ARE VOID AND OF NO AFFECT UNTIL THIS COURT ADDRESS MY ISSUE #3 (REQUISITES OF GRA #2010.13986 CHARGING 4-22-10, INSTRUMENT NIX. SUPRA. RESPECTFULLY SUBMITTED 5-15-15

PRAYER: RULE 2 T.R.A.P. APPLIED, COURT PROPERLY ADDRESS ISSUE NO. 3 WHICH WAS NOT ADDRESSED, 00247 DISMISSED AS MANDATED, AM PROPER RELIEF BY LAW.

I THOMAS FLORENCE CERTIFY A TRUE AND CORRECT COPY OF MOTION, AND ORIGINAL MANDAMUS 0H-15-00245CR SENT TO 14TH CT. APP. (TRIAL RECORD IN EVIDENCE) AND 5-12-15 ORDER SENT TO G-14-376 F.R.E. 201 P.O. BOX. 61010 HOUSTON, TX. 77208.   5-15-15

Thomas Florence #1193346 NORTH TEXAS TX PSDC
DALLAS TX 753
20 MAY 2015 PM 7 L

Iowa Park TX
1201 Fm 369 N.
76367

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAY 22 2015

CHRISTOPHER A. PRINE
CLERK

Leann

5-15-15

Clerk Of 1st Ct.
Of Appeals
301 Fannin St.
Houston Tx - 77002

77002206699

5-15-15

FOREVER USA